**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RYAN MAYS, | Hon. Michael A. Schipp, presiding |
| *Plaintiff,* | Hon. Tonianne J. Bongiovanni, referral |
| v. | Civil Action No.: 3:17-cv-04352-MAS-TJB |
| THE ALBERT "BO" ROBINSON ASSESSMENT & TREATMENT CENTER, et al., | **SUBSTITUTION OF ATTORNEY** |
| *Defendants.* | |

The undersigned hereby consent to the substitution of Joseph D. Lento, Esquire (Attorney ID: 013252008) of Lento Law Group, P.C. for Samuel D. Jackson, Esquire (Attorney ID: 130452017) of Ratliff Jackson, LLP as attorney for the Plaintiff in the above captioned matter.

LENTO LAW GROUP, P.C.

RATLIFF JACKSON, LLP

JOSEPH D. LENTO, ESQ
*Superseding Attorney*
NJ Attorney ID #: 013252008
1814 East Route # 70, Suite 321
Cherry Hill, NJ 08034
856-652-2000 – P
856-375-1010 – F

SAMUEL D. JACKSON, ESQ.
*Withdrawing Attorney*
NJ Attorney ID #: 130452017
811 Church Road, Suite 105
Cherry Hill, NJ 08002
(856) 344-3808 – T
(908) 543-3534 – F

Dated: January 22, 2025